IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:
E-MAIL SUBMISSION OF COMPLAINTS                    22-MC-28

## ADMINISTRATIVE ORDER

THIS MATTER comes before the Court *sua sponte*.  The Court requires the submission of criminal complaints and arrest notifications electronically to facilitate judicial review for probable cause and the scheduling of initial appearances.  These submissions and notifications are sent to the electronic addresses specifically designated by the Court for this purpose.  The electronic mail addresses utilized are CRComplaintsLC@nmd.uscourts.gov and lccriminalcomplaint@nmd.uscourts.gov.  The Court's servers are reasonably secure and, moreover, the submitted documents are typically filed on publicly available databases.  The submission of documents with encryption or password protection creates technical issues for the Court which can prevent or substantially delay the required judicial review and the expeditious scheduling of hearings required under the law.  In this context, the privacy interests served by digital safeguards utilized by external agencies are outweighed by the

interests of the judiciary and public to have criminal charging documents reviewed in a timely manner and to have time-sensitive hearings set as soon as possible.

Therefore, IT IS HEREBY ORDERED that no e-mails submitting criminal complaints and arrest notifications to the District of New Mexico's secure e-mail address, CRComplaintsLC@nmd.uscourts.gov or lccriminalcomplaint@nmd.uscourts.gov shall be sent using encryption.

IT IS FURTHER ORDERED that no criminal complaints or arrest notifications submitted to the District of New Mexico's secure e-mail address, CRComplaintsLC@nmd.uscourts.gov or lccriminalcomplaint@nmd.uscourts.gov shall be sent using password protection.

DONE this 26th day of August, 2022.

FOR THE COURT:

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE